| United States District Court | DISTRICT<br>Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Omar Bey | DOCKET NO. |
|  | MAGISTRATE'S CASE NO.<br>10-171 |

Complaint for violation of Title 18 United States Code § 2423(c)

| NAME OF JUDGE OR MAGISTRATE<br>Honorable Linda K. Caracappa | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>2006 | PLACE OF OFFENSE<br>Philadelphia, PA and Egypt | ADDRESS OF ACCUSED (if known) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about August 24, 2006 through 2007, in the Eastern District of Pennsylvania and elsewhere, defendant OMAR BEY committed an offense against the United States, that is, he is a United States citizen who traveled in foreign commerce to Egypt, and engaged in illicit sexual conduct with another person, that is, sexual intercourse with a fifteen year old minor, in violation of Title 18, United States Code, Section 2423(c).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

SIGNATURE OF COMPLAINANT (official title)

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Michael Goodhue

OFFICIAL TITLE

Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence

SIGNATURE OF MAGISTRATE [1]

Honorable Linda K. Caracappa, United States Magistrate Judge

DATE  1/29/2010

1) See Federal Rules of Criminal Procedure rules 3 and 54

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, MICHAEL R. GOODHUE, a Special Agent with the Federal Bureau of Investigation (FBI), Philadelphia, Pennsylvania, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since September 2008, and am currently assigned to Philadelphia, Pennsylvania. I am presently assigned to work a variety of criminal and national security matters.

2. During my training at the FBI academy, Quantico, Virginia, I have received extensive training in a variety of investigative and legal matters including the drafting of affidavits in support of arrests. As an FBI special agent, I am authorized to investigate a range of criminal offenses of the United States Code. I have been trained in various aspects of law enforcement, including the investigation of offenses committed by United States citizens abroad.

3. The FBI and Immigration and Customs Enforcement (ICE) are currently investigating Omar Bey and his travel and illicit sexual conduct with another person in foreign places. Information gathered during the course of this investigation revealed that Omar Bey is a citizen of the United States who traveled in foreign commerce and engaged in illicit sexual conduct with another person. The statements in this Affidavit are based in part on my interviews with witnesses, review of law enforcement databases, as well as other information obtained by other law enforcement personnel. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to arrest Omar Bey for engaging in illicit sexual conduct in foreign places.

4. I received an electronic communication from the FBI Legal Attache- Cairo

indicating that A.G., a United States citizen from Philadelphia, Pennsylvania, date of birth, May 8, 1991, had arrived at the United States Embassy in Cairo, Egypt on September 15, 2008, and applied for a United States passport on behalf of her son, A.O.B.

5. On November 9, 2009, and December 7, 2009, in the United States, A.G. was interviewed by special agents from the FBI and ICE. A.G. said that she met Omar Bey in Philadelphia, Pennsylvania. A.G. stated that in August, 2006 she traveled with Omar Bey from Philadelphia, Pennsylvania to John F. Kennedy International Airport and then on to Cairo, Egypt. A.G. indicated that before traveling to Egypt, she told Omar Bey that she was 15 years old. She stated that Omar Bey made the travel arrangements and purchased the airplane tickets to travel to Egypt.

6. A.G. said that she and Omar Bey had sexual intercourse in Egypt when she was 15 years old. She stated that her son, A.O.B., was born in Egypt on March 20, 2007, while she was 15 years old. A.G. confirmed that Omar Bey is A.O.'s father.

7. I reviewed the application for a United States passport submitted at the United States Embassy in Cairo, Egypt by A.G., on behalf of her son A.O.B. The application indicated that Omar Rashaad Bey, date of birth, April 26, 1977 and A.G., date of birth May 8, 1991, are the parents of A.O.B.

8. I have reviewed law enforcement databases and approved United States passport applications that indicate that Omar Bey, date of birth April 26, 1977, is a United States citizen. He represented on his passport applications that he was born in Philadelphia, Pennsylvania.

9. I have reviewed a law enforcement database that confirms international travel. That database confirms that on August 24, 2006, Omar Bey and A.G. traveled from the

Case 2:10-cr-00164-JD   Document 1   Filed 01/29/10   Page 4 of 4

United States to Cairo, Egypt, via Frankfurt Germany.

Based on the above, your affiant believes that Omar Bey is a United States citizen who traveled in foreign commerce and engaged in illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(c).

_____
Michael R. Goodhue
Special Agent
Federal Bureau of Investigation


SUBSCRIBED AND SWORN TO BEFORE ME
THIS 29th DAY OF JANUARY, 2010

_____
THE HONORABLE LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE

3